*D. H. Grant & Co. Inc.*, 47 CCPA 20, C.A.D. 723, was held to be waterproof cloth within the purview of paragraph 907 of the Tariff Act of 1930, as modified by prevailing trade agreement, and the record in said case has been received in evidence in the instant case.

Upon the established facts and the cited authority, we hold the merchandise here in question to be dutiable at the rate of 11 per centum ad valorem, as provided in said paragraph 907, as modified and supplemented, as waterproof cloth, wholly or in chief value of cotton. To the extent indicated, the specified claim in the protests is sustained. All other claims are, however, overruled.

Judgment will be entered accordingly.

**No. 69796.**—Goodman & Weinberg *v.* United States, protests 63/12923 (B) and 64/4506 (B) (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

**No. 69797.**—Goodman & Weinberg *v.* United States, protest 64/4192(A) (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United*

*States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

**No. 69798.**—Elmay Importing Co. *v.* United States, protests 64/22436, 64/23691, and 65/2269 (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiff was sustained.

**No. 69799.**—Kroder Reubel Co., Inc., and Alltransport, Inc., et al. *v.* United States, protests 328116–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

**No. 69800.**—National Carloading Corporation et al. *v.* United States, protests 62/4790–12582, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.